FILED

04/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0194

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0194

QLARANT INTEGRITY
SOLUTIONS, LLC,

     Petitioner/Appellee,

vs.

NICHOLAS GUTHNECK,

     Respondent/Appellant.

**ORDER**

     UPON MOTION of the Appellant, with no objection from the Appellee, and with good cause appearing;

     IT IS HEREBY ORDERED that the deadline for the filing of Appellant's Opening Brief is extended, with the new deadline for filing being May 31, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 26 2024